AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C. Eastern Dist. of Pa. | 09/13/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2012 SEP 24 A 10: 24 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Penn Law School | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-Employed Physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Planet Data Seminar | 02/01/2011 | New York, NY | Seminar | Travel Expenses |
| 2. | New York Intellectual Property Law Association | 03/22/11-03/25/11 | New York, NY | Annual Judges Dinner | Travel Expenses |
| 3. | Criminal Fraud Seminar | 10/28/11-10/29/11 | Duke Law School, Durham, NC | Seminar / ALI Conference | Travel Expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD Ameritrade | Margin Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Alcatel Lucent Sponsored ADR | | None | J | T | | | | | |
| 2.   Broadwind Energy | | None | J | T | | | | | |
| 3.   CenturyLink, Inc. | A | Dividend | J | T | | | | | |
| 4.   Cisco Systems, Inc. | | None | J | T | | | | | |
| 5.   Citigroup, Inc. | | None | J | T | | | | | |
| 6.   Columbia Labs Inc. | | None | K | T | | | | | |
| 7.   Entech Solar Inc. | | None | J | T | | | | | |
| 8.   Entercom Communications Corp. | | None | J | T | | | | | |
| 9.   First Niagara Financial Group | | None | J | T | | | | | |
| 10.   Intel Corp. | | None | K | T | | | | | |
| 11.   iShares MSCI Brazil Ind | A | Dividend | J | T | | | | | |
| 12.   LSI Corp. | | None | J | T | | | | | |
| 13.   MF Global Holdings Ltd. | | None | | | Sold | 12/23/11 | J | A | |
| 14.   Nokia Corp. | | None | J | T | | | | | |
| 15.   Nortel Network Corporation | | None | J | T | | | | | |
| 16.   Oncologix Tech Inc. | | None | J | T | | | | | |
| 17.   Opko Health Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pennsylvania RL Estate Invt. Sh Ben | A | Dividend | K | T | | | | | |
| 19. Pep Boys | | None | J | T | | | | | |
| 20. Progenics Pharmaceuticals | | None | M | T | | | | | |
| 21. Prologis | A | Dividend | J | T | | | | | |
| 22. Qualcomm Inc. | A | Dividend | K | T | | | | | |
| 23. Qwest Communications, Inc. | | None | | | Merged (with line 3) | 04/05/11 | J | A | |
| 24. RAIT Financial Trust | | None | J | T | | | | | |
| 25. Rentech Inc. | | None | J | T | | | | | |
| 26. Resource Capital Corp. | | None | J | T | | | | | |
| 27. Safeguard Scientifics Inc. | | None | K | T | | | | | |
| 28. Solar Enertech Corp. | | None | J | T | | | | | |
| 29. Taro Pharmaceutical Inds Ltd | | None | | | Sold | 10/20/11 | J | A | |
| 30. Teva Pharmaceutical Inds Ltd | A | Dividend | J | T | | | | | |
| 31. Unisys Corp. | | None | J | T | | | | | |
| 32. Washington Mutual | | None | | | Sold | 12/23/11 | J | A | |
| 33. | | | | | | | | | |
| 34. Frontier Communications Corp | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM | A | Dividend | J | T | | | | | |
| 36. Verizon Communications | | None | J | T | | | | | |
| 37. Wal-Mart de Mexico ADR | | None | J | T | | | | | |
| 38. Bank Deposit Sweep (Y) | | None | J | T | | | | | |
| 39. | | | | | | | | | |
| 40. Prologis Inc | A | Dividend | J | T | | | | | |
| 41. Cash (Y) | | None | J | T | | | | | |
| 42. | | | | | | | | | |
| 43. AT&T Inc | A | Dividend | J | T | | | | | |
| 44. Bank of America | A | Dividend | J | T | | | | | |
| 45. BP Plc (ADR) | B | Dividend | K | T | | | | | |
| 46. ConocoPhillips | B | Dividend | K | T | | | | | |
| 47. Equifax | A | Dividend | K | T | | | | | |
| 48. Exelon Corporation | C | Dividend | L | T | | | | | |
| 49. Fairpoint Communications Inc (X) | | None | | | Sold | 02/11/11 | J | A | |
| 50. Fidelity National Informational Services | A | Dividend | K | T | | | | | |
| 51. General Electric Company | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPMorgan Chase Co. | A | Dividend | K | T | | | | | |
| 53. Lender Processing Services Inc | A | Dividend | J | T | | | | | |
| 54. NCR Corp | | None | J | T | | | | | |
| 55. PNC Financial Services Group | A | Dividend | K | T | | | | | |
| 56. Teradata Corp | | None | J | T | | | | | |
| 57. Wells Fargo Company | A | Dividend | J | T | | | | | |
| 58. Western Digital Corp | | None | J | T | | | | | |
| 59. Franklin Mutal Service Fund | A | Dividend | K | T | | | | | |
| 60. Henderson International Opportunities Fund | | None | | | Sold | 4/12/11 | K | B | |
| 61. Munder Growth Opportunities | A | Dividend | J | T | | | | | |
| 62. Wells Fargo Advantage Emerging Markets Equity | A | Dividend | J | T | Buy | 4/12/211 | K | A | |
| 63. | | | | | | | | | |
| 64. Bank Deposit Sweep | | None | J | T | | | | | |
| 65. Alcatel - Lucent ADR | | None | J | T | | | | | |
| 66. MHM Svs Inc | | None | J | T | | | | | |
| 67. Contax Participacoes SA (X) | | None | | | Sold | 12/23/11 | J | A | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baron Growth Fund | B | Dividend | L | T | Sold (part) | 07/19/11 | J | A | |
| 70. BlackRock Low Duration Bond Fund | D | Dividend | M | T | Buy (add'l) | 01/31/11 | K | | |
| 71. | | | | | Sold (part) | 06/06/11 | K | A | |
| 72. DFA Emerging Markets Core Equity | A | Dividend | K | T | Sold (part) | 04/27/11 | J | C | |
| 73. DFA Int'l Value | C | Dividend | L | T | Sold (part) | 04/27/11 | J | | |
| 74. DFA One Year Fixed Income | B | Dividend | M | T | Buy (add'l) | 01/31/11 | J | | |
| 75. | | | | | Sold (part) | 06/06/11 | K | A | |
| 76. | | | | | Sold (part) | 11/28/11 | J | A | |
| 77. DFA US Micro Cap | A | Dividend | K | T | Sold (part) | 04/13/11 | J | | |
| 78. DFA US Small Cap Value | B | Dividend | L | T | Sold (part) | 04/13/11 | J | A | |
| 79. First Eagle Overseas | C | Dividend | L | T | Sold (part) | 01/31/11 | K | | |
| 80. | | | | | Sold (part) | 07/19/11 | J | A | |
| 81. Hotchkis and Wiley Large Cap Value | B | Dividend | K | T | Sold (part) | 07/19/11 | J | | |
| 82. Hotchkis and Wiley Mid Cap Value | A | Dividend | M | T | Buy (add'l) | 01/31/11 | K | | |
| 83. | | | | | Sold (part) | 07/19/11 | J | | |
| 84. Janus Fund | A | Dividend | L | T | Sold (part) | 07/19/11 | J | | |
| 35. Janus Overseas Fund | C | Dividend | L | T | Sold (part) | 04/27/11 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Metropolitan West Total Return Bond | D | Dividend | M | T | Buy (add'l) | 01/31/11 | K | | |
| 87. | | | | | Sold (part) | 11/28/11 | K | | |
| 88. Morgan Stanley Inst Emerging Markets | A | Dividend | K | T | Sold (part) | 07/19/11 | J | | |
| 89. Morgan Stanley Inst International Equity | B | Dividend | L | T | Sold (part) | 01/31/11 | K | | |
| 90. | | | | | Sold (part) | 04/27/11 | J | | |
| 91. | | | | | Sold (part) | 07/19/11 | J | | |
| 92. Sound Shore | A | Dividend | L | T | Sold (part) | 07/18/11 | J | | |
| 93. Third Avenue Int'l Value Fund | A | Dividend | K | T | Sold (part) | 04/13/11 | J | | |
| 94. Thornburg International Value | A | Dividend | K | T | | | | | |
| 95. Turner Large Growth Fund | | None | L | T | Sold (part) | 01/31/11 | J | | |
| 96. | | | | | Sold (part) | 04/13/11 | J | | |
| 97. | | | | | Sold (part) | 04/27/11 | J | | |
| 98. | | | | | Sold (part) | 07/19/11 | J | | |
| 99. Westcore Mid-Cap Value | A | Dividend | L | T | Sold (part) | 04/13/11 | J | A | |
| 100. | | | | | Sold (part) | 04/27/11 | J | A | |
| 101. | | | | | Sold (part) | 07/19/11 | J | A | |
| 102. William Blair International Growth | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. William Blair Large Cap Growth Fund | A | Dividend | L | T | | | | | |
| 104. Schwab Advisor Cash Reserves | A | Dividend | K | T | | | | | |
| 105. Perkins Mid Cap Value Fund | | None | | | Sold | 01/31/11 | K | C | |
| 106. William Blair International Small Cap Growth | A | Dividend | K | T | Sold (part) | 04/27/11 | J | | |
| 107. Royce Value Plus | A | Dividend | K | T | Sold (part) | 04/13/11 | J | A | |
| 108. DFA Short-Term Gov't Port | D | Dividend | M | T | Buy (add'l) | 01/31/11 | K | | |
| 109. | | | | | Sold (part) | 10/21/11 | K | A | |
| 110. DFA Int'l Small Cap Value | B | Dividend | K | T | Sold (part) | 07/19/11 | J | | |
| 111. Brandywine | | None | | | Sold | 01/31/11 | L | F | |
| 112. Royce Opportunity Invt | A | Dividend | K | T | Sold (part) | 04/13/11 | J | A | |
| 113. Adams Harkness Small Cap Growth | | None | K | T | Sold (part) | 01/31/11 | K | | |
| 114. | | | | | Sold (part) | 04/13/11 | J | A | |
| 115. | | | | | Sold (part) | 07/19/11 | J | A | |
| 116. Westcore Midco Growth | C | Dividend | L | T | Sold (part) | 01/31/11 | L | | |
| 117. | | | | | Sold (part) | 04/13/11 | J | | |
| 118. | | | | | Sold (part) | 04/27/11 | J | | |
| 119. Westcore Int'l Small Cap Fund | A | Dividend | K | T | Sold (part) | 01/31/11 | J | B | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 04/27/11 | J | B | |
| 121. William Blair Mid Cap Growth Fund | C | Dividend | K | T | Buy (add'l) | 01/31/11 | K | | |
| 122. | | | | | Sold (part) | 04/27/11 | J | B | |
| 123. | | | | | Sold (part) | 07/19/11 | J | B | |
| 124. DFA US Large Cap Value | B | Dividend | L | T | Sold (part) | 04/13/11 | J | | |
| 125. | | | | | Sold (part) | 04/27/11 | J | A | |
| 126. DFA Global Real Estate Securities | B | Dividend | K | T | Buy | 01/31/11 | L | | |
| 127. Ivy Mid Cap Growth | B | Dividend | L | T | Buy (add'l) | 01/31/11 | L | | |
| 128. | | | | | Sold (part) | 04/27/11 | J | A | |
| 129. | | | | | Sold (part) | 07/19/11 | J | A | |
| 130. | | | | | | | | | |
| 131. Baron Growth | A | Dividend | L | T | Sold (part) | 07/19/11 | J | A | |
| 132. BlackRock Low Duration Bond | C | Dividend | M | T | Buy (add'l) | 04/28/11 | K | | |
| 133. | | | | | Sold (part) | 06/07/11 | K | B | |
| 134. | | | | | Sold (part) | 07/18/11 | J | | |
| 135. DFA Emerging Markets Core Equity | A | Dividend | K | T | Sold (part) | 07/19/11 | J | B | |
| 136. DFA Intl Value | C | Dividend | L | T | Sold (part) | 04/28/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold (part) | 07/19/11 | J | | |
| 138. DFA One Year Fixed Income | B | Dividend | M | T | Buy (add'l) | 04/28/11 | J | | |
| 139. | | | | | Sold (part) | 06/07/11 | K | A | |
| 140. | | | | | Sold (part) | 11/28/11 | J | A | |
| 141. DFA U.S. Micro Cap | A | Dividend | K | T | Sold (part) | 01/21/11 | J | | |
| 142. | | | | | Sold (part) | 07/19/11 | J | | |
| 143. DFA U.S. Small Cap Value | A | Dividend | K | T | Sold (part) | 04/28/11 | J | A | |
| 144. Dodge & Cox Stock | A | Dividend | K | T | Sold (part) | 07/19/11 | J | | |
| 145. First Eagle Overseas | B | Dividend | K | T | Sold (part) | 04/28/11 | J | A | |
| 146. Hotchkis and Wiley Large Cap Value | B | Dividend | L | T | Sold (part) | 04/15/11 | J | | |
| 147. Hotchkis and Wiley Mid Cap Value | A | Dividend | L | T | Buy (add'l) | 01/21/11 | J | | |
| 148. Janus Fund | A | Dividend | L | T | Sold (part) | 04/28/11 | J | | |
| 149. | | | | | Sold (part) | 07/19/11 | J | | |
| 150. Janus Overseas | C | Dividend | K | T | | | | | |
| 151. Metropolitan West Total Return Bond | D | Dividend | M | T | Sold (part) | 07/18/11 | J | A | |
| 152. | | | | | Sold (part) | 11/28/11 | J | A | |
| 153. Morgan Stanley Inst Emerging Mkts | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Morgan Stanley Inst International Equity | B | Dividend | L | T | Sold (part) | 01/21/11 | K | | |
| 155. | | | | | Sold (part) | 07/19/11 | J | | |
| 156. Third Avenue Int'l Value Fund | A | Dividend | K | T | Sold (part) | 04/28/11 | J | A | |
| 157. Thornburg International Value | A | Dividend | K | T | | | | | |
| 158. Turner Large Growth Fund | | None | L | T | Sold (part) | 04/28/11 | J | | |
| 159. Westcore Mid Cap Value | A | Dividend | L | T | Sold (part) | 04/28/11 | J | A | |
| 160. | | | | | Sold (part) | 07/19/11 | J | A | |
| 161. William Blair International Growth | A | Dividend | K | T | Sold (part) | 04/28/11 | J | | |
| 162. | | | | | Sold (part) | 07/19/11 | J | | |
| 163. William Blair Large Cap Growth Fund | A | Dividend | L | T | Sold (part) | 07/19/11 | J | | |
| 164. Schwab Advisor Cash Reserves | A | Dividend | K | T | | | | | |
| 165. Perkins Mid Cap Value Fund | | None | | | Sold | 01/21/11 | K | B | |
| 166. William Blair International Small Cap | A | Dividend | K | T | Sold (part) | 07/19/11 | J | A | |
| 167. Royce Value Plus | A | Dividend | K | T | Sold (part) | 04/28/11 | J | B | |
| 168. DFA Short-Term Gov Portfolio | C | Dividend | M | T | Buy (add'l) | 04/28/11 | L | | |
| 169. | | | | | Sold (part) | 06/23/11 | K | A | |
| 170. | | | | | Sold (part) | 09/26/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. DFA Int'l Small Cap Value | B | Dividend | K | T | Sold (part) | 04/28/11 | J | A | |
| 172. Brandywine | | None | | | Sold | 01/21/11 | L | | |
| 173. Royce Opportunity Invt | A | Dividend | K | T | Sold (part) | 01/21/11 | J | | |
| 174. Adams Harkness Small Cap Growth | | None | K | T | Sold (part) | 01/21/11 | K | | |
| 175. | | | | | Sold (part) | 04/28/11 | J | A | |
| 176. Westcore Midco Growth | C | Dividend | K | T | Sold (part) | 01/21/11 | K | | |
| 177. | | | | | Sold (part) | 04/28/11 | J | | |
| 178. | | | | | Sold (part) | 07/19/11 | J | | |
| 179. Westcore Int'l Small Cap Fund | A | Dividend | K | T | Sold (part) | 01/21/11 | J | B | |
| 180. | | | | | Sold (part) | 07/19/11 | J | A | |
| 181. William Blair Mid Cap Growth Fund | C | Dividend | K | T | | | | | |
| 182. DFA U.S. Large Cap Value | B | Dividend | L | T | Sold (part) | 01/21/11 | J | | |
| 183. | | | | | Sold (part) | 07/19/11 | J | | |
| 184. DFA Global Real Estate Securities | B | Dividend | K | T | Buy | 01/21/11 | K | | |
| 185. Ivy Mid Cap Growth | B | Dividend | K | T | Buy | 01/21/11 | K | | |
| 186. | | | | | | | | | |
| 187. Schwab Advisor Premium Cash Reserve | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. DFA Global Allocation 60/40 | A | Dividend | J | T | Buy (add'l) | 04/27/11 | J | | |
| 189. | | | | | | | | | |
| 190. Melior Pharmaceuticals | | None | K | W | Buy | 06/01/11 | K | | |
| 191. | | | | | | | | | |
| 192. Government of Israel | A | Int./Div. | | | Sold | 03/21/11 | J | | |
| 193. | | | | | | | | | |
| 194. Rental Property - Philadelphia PA | E | Rent | O | W | | | | | |
| 195. Greenspan - Baylson Partnership | D | Interest | K | U | | | | | |
| 196. BB Partnership | | None | K | W | | | | | |
| 197. Zabecor | | None | K | W | | | | | |
| 198. LLR Equity Partners Parallel III | D | Interest | L | U | | | | | |
| 199. Planet Data Acq. | | None | K | W | | | | | |
| 200. Advanced Reproductive Care | | None | J | W | | | | | |
| 201. Baumrin et al Partnership | | None | K | W | | | | | |
| 202. Keystone Property | | None | J | W | | | | | |
| 203. Versa Capital | A | Interest | K | W | | | | | |
| 204. Allied Biosciences Services | | None | K | T | Buy | 01/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. CMF Money Market Portfolio (Y) | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

2011 Part VII, Line 18 - "Pennsylvania RL Real Estate Invt. Sh Ben" was reported as "Pennsylvania Real Estate Invst" on the 2010 Financial Disclosure Report, Section VII, Line 17

2011 Part VII, Line 38 - "Bank Deposit Sweep" was a position that was not reported in the 2010 Financial Disclosure Report due to its small position size. It has been amended in this report with a (Y)

2011 Part VII, Line 41 - "Cash" was a position that was not reported in the 2010 Financial Disclosure Report due to its small position size. It has been amended in this report with a (Y)

2011 Part VII, Line 49 - "Fairpoint Communications Inc" has been held since 1994, but has not been reported since it is a very small position. It has been amended with an (X) in column A

2011 Part VII, Line 61 - "Munder Growth Opportunities" changed names from "Munder Funds Inc. Netnet Fund Class C", as reported in 2010 Financial Disclosure Report, Section VII, Line 64

2011 Part VII, Line 62 - " Wells Fargo Advantage Emerging Markets Equity" was a new purchase in 2011. It has been amended to reflect correctly on the report

2011 Part VII, Line 64 - "Bank Deposit Sweep" was reported as "Command Money Fund" on the 2010 Financial Disclosure Report, Section VII, Line 67

2011 Part VII, Lines 95 & 158 - "Turner Large Growth Fund" changed names from "Turner Core Growth" as reported in 2010 Financial Disclosure Report, Section VII, Lines 152 & 201

2011 Part VII, Lines 105 & 165 - "Perkins Mid Cap Value Fund" changed names from "Janus Mid Cap Value", as reported in 2010 Financial Disclosure Report, Section VII, Lines 131 & 190

2011 Part VII, Lines 119 & 179 - "Westcore Int'l Small Cap Fund" changed names from "Wesctcore Int'l Frontier", as reported in 2010 Financial Disclosure Report, Section VII, Lines 156 & 203


2010 Part VII, Line 46 - "CMF Money Market Porfolio" was initially not included in the 2011 Financial Dislclosure Report due to its small position size. It has been added to thhe amended report and indicated with a (Y) in Section VII, Line 206

2010 Part VII, Line 71 - "Keycorp, New" is a position that was sold entirely on 8/23/2006 and has been included in error on the reports since. It will be left off of the amended 2011 report.

2010 Part VII, Line 174 - "Schwab Value Advantage - IRA #2" was an account heading, and not a reportable asset.

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 09/13/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

S

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544